# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United African-Asian Abilities Club, et al,**<br>Plaintiff,<br><br>v.<br><br>**Pinnacle-Lemoli, LLC, et al**<br>Defendant. | Case No. CV 19-04489 DSF (JCx)<br><br>ORDER DISMISSING PINNACLE-LEMOLI, LLC |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed against the unserved defendant, Pinnacle-Lemoli, LLC,

IT IS ORDERED AND ADJUDGED that Pinnacle-Lemoli, LLC, be dismissed for lack of prosecution.

Date: December 13, 2019

*Dale S. Fischer*

Dale S. Fischer
United States District Judge